IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLIFTON MASON,** **SHERRIAH MASON and** **FLORENCE MASON,**     Plaintiffs, | **CIVIL ACTION** |
| v. | NO. 23-4293 |
| **AMERICAN WATER RESOURCES, LLC,**     Defendant. | |

# O R D E R

**AND NOW**, this 15th day of April, 2025, upon consideration of Defendant's Motions for Sanctions (ECF Nos. 54, 61), as well as Plaintiffs' numerous pending motions and requests (ECF Nos. 44-50, 54, 55, 57-60, 65, 67, 68, 69, 70, 72-75), **IT IS ORDERED** that:

1. Defendant's Motions for Sanctions (ECF Nos. 54, 61) are **GRANTED**. This case shall be **DISMISSED WITH PREJUDICE**. No other sanctions shall be imposed.

2. All other pending motions are **DENIED AS MOOT**.

3. The Clerk of Court shall mark this case **CLOSED**.

                                                                    BY THE COURT:

                                                                    /s/ Hon. Kelley B. Hodge
                                                                    _____
                                                                         HODGE, KELLEY B., J.